UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD INSURANCE COMPANY, a New Hampshire corporation,<br><br>                                     Plaintiff,<br><br>v.<br><br>GLOBAL METALS CORPORATION, a California corporation; KEITH COE, an individual,<br><br>                                     Defendants. | Case No.: 15-cv-0121-GPC-JMA<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL BY PETER B. NICHOLS AND MATTHEW STOHL**<br><br>[ECF No. 27] |

On September 17, 2015, the law firm of Balestreri Potocki & Holmes and attorneys Matthew Stohl and Peter B. Nichols (collectively "Attorneys") filed a motion for leave to withdraw as attorneys of record for Defendants Global Metal Corporation and Keith Coe (collectively "Defendants"). (ECF No. 27.) The Court instructed Attorneys to lodge with

1

the Court for *in camera* review declarations in support of their motion on or by October 23, 2015. (ECF No. 29.) On October 22, 2015, Peter B. Nichols and Matthew Stohl lodged with the Court declarations dated October 22, 2015 and October 20, 2015, respectively. No opposition has been filed.  The Court finds the matter suitable for disposition without a hearing pursuant to Civil Local Rule 7.1(d)(1).  For the reasons set forth below, the Court **GRANTS** the motion to withdraw as counsel by the law firm of Balestreri Potocki & Holmes and attorneys Matthew Stohl and Peter B. Nichols.

## DISCUSSION

In a civil case, the trial court has discretion whether to grant or deny a motion to withdraw as counsel. *LaGrand v. Stewart*, 133 F.3d 1253, 1269 (9th Cir. 1998). "When ruling on a motion to withdraw, courts may consider the disruptive impact that the withdrawal will have on the prosecution of the case." *Byrd v. D.C.*, 271 F. Supp. 2d 174, 176 (D.D.C. 2003).  In addition to the efficient and fair administration of justice, courts may also consider the reasons why withdrawal is sought and whether the change will prejudice the client and other litigants.  *E.g., Nehad v. Mukasey*, 535 F.3d 962, 968-72 (9th Cir. 2008); *Whiting v. Lacara*, 187 F.3d 317, 320-23 (2d Cir. 1999); *Rusinow v. Kamara*, 920 F. Supp. 69, 71 (D.N.J. 1996).

Upon due consideration of written arguments of counsel and good cause appearing, the Court **GRANTS** Attorneys' motion to withdraw as counsel.  Accordingly, **IT IS HEREBY ORDERED** that Balestreri Potocki & Holmes and attorneys Matthew Stohl and Peter B. Nichols are terminated as attorneys of record for Defendants.  The Clerk of Court is instructed to file under seal *in camera* declarations of Peter B. Nichols and Matthew Stohl lodged with the Court dated October 22, 2015 and October 20, 2015, respectively.

//

**IT IS FURTHER ORDERED** that Attorneys are directed to **SERVE** a copy of this Order upon Defendants and to thereafter file a proof of service indicating such service has been completed.

The hearing scheduled for **Friday**, **October 30**, **2015**, is hereby **VACATED**.

**IT IS SO ORDERED**.

Dated: October 27, 2015

Hon. Gonzalo P. Curiel
United States District Judge