UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD INSURANCE COMPANY, a New Hampshire corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL METALS CORPORATION, a California corporation; KEITH COE, an individual,<br><br>Defendants. | Case No.:  3:15-cv-00121-GPC-JMA<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST KEITH COE**<br><br>[ECF No. 39] |

On March 29, 2016, Plaintiff Allied World Insurance Company ("Plaintiff") filed a notice of automatic stay as to Defendant Keith Coe ("Coe") based upon the Chapter 7 bankruptcy petition filed by Coe in the Southern District of California.  (ECF No. 41.)  The United States Bankruptcy Code provides for an automatic stay of a judicial action "against

1

1  the debtor" that was commenced before the bankruptcy.  11 U.S.C. § 362(a)(1); *In re White*,

2  186 B.R. 700, 703 (9th Cir. 1995).  "The automatic stay is self-executing, effective upon

3  the filing of the bankruptcy petition."  *In re Gruntz*, 202 F.3d 1074, 1081 (9th Cir. 2000).

4  Due to the automatic stay, the Court **DENIES** Plaintiff's motion for summary judgment

5  (ECF No. 39) against Keith Coe without prejudice to refiling once the automatic stay is

6  lifted.  The hearing scheduled for June 10, 2016 is hereby **VACATED**.

7  On February 29, 2016, Plaintiff also filed a notice of automatic stay as to Defendant

8  Global Metals Corporation ("GMC") based upon GMC's bankruptcy petition.  As such,

9  this case is automatically stayed in its entirety.

10  **IT IS SO ORDERED**.

11  Dated:  March 30, 2016

12  Hon. Gonzalo P. Curiel
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

3:15-cv-00121-GPC-JMA