UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD INSURANCE COMPANY, a New Hampshire corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL METALS CORPORATION, a California corporation; KEITH COE, an individual,<br><br>Defendants. | Case No.: 3:15-cv-00121-GPC-JMA<br><br>**ORDER CONFIRMING EXTENSION OF BANKRUPTCY STAY AND DIRECTING PLAINTIFF TO FILE A STATUS REPORT ON OR BY JANUARY 31, 2019**<br><br>**[Dkt. No. 62]** |

On March 29, 2016, Plaintiff Allied World Insurance Company ("Plaintiff") filed a notice of automatic stay as to Defendant Keith Coe ("Coe") based upon the Chapter 7 bankruptcy petition filed by Coe in the Southern District of California. (Dkt. No. 41.) On February 29, 2016, Plaintiff also filed a notice of automatic stay as to Defendant Global

1

| | |
|---|---|
| 1 | Metals Corporation ("GMC") based upon GMC's bankruptcy petition. (Dkt. No. 36.) As |
| 2 | such, this case was automatically stayed in its entirety. On June 4, 2018, Plaintiff Allied |
| 3 | World Insurance Company filed a status report requesting that the Court maintain this |
| 4 | matter as a stayed case, pending a determination of whether the two debtor defendants |
| 5 | obtain a discharge in their two bankruptcy proceedings. (Dkt. No. 59.) Plaintiff submitted |
| 6 | the statement unilaterally as counsel for defendants withdrew on October 27, 2015 and all |
| 7 | recent notices served on Defendants have been returned as undeliverable. |

Accordingly, the Court finds good cause to continue to stay this case. Plaintiff is directed to file a status report on January 31, 2019. The status report should be no longer than five pages.

**IT IS SO ORDERED**.

Dated: June 4, 2018

Hon. Gonzalo P. Curiel
United States District Judge