e

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED WORLD INSURANCE COMPANY, a New Hampshire corporation,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL METALS CORPORATION, a California corporation; KEITH COE, an individual,<br><br>Defendants. | Case No.: 3:15-cv-00121-GPC-JMA<br><br>**ORDER LIFTING STAY AND DISMISSING CASE**<br><br>**[ECF No. 68.]** |

On June 4, 2018, this Court continued a bankruptcy stay in the above-captioned case and directed Plaintiff to file a status report, not to exceed five pages, by January 31, 2019. (ECF No. 63.) No status report issued, so on May 24, 2019, the Court directed Plaintiff to file a status report advising on the necessity of the stay. On May 31, 2019, Plaintiff filed

a status report advising that a stay was no longer required and moved for a dismissal of the action.

Pursuant to this request, the Court hereby **DISMISSES THE MATTER** without prejudice. *See* FED. R. CIV. P. 41(a)(2) (providing that "an action may be dismissed at the plaintiff's request only by court order on terms that the court considers proper"). The Court hereby **DIRECTS** the Clerk to close the case.

**IT IS SO ORDERED.**

Dated: June 3, 2019

Hon. Gonzalo P. Curiel
United States District Judge